[No. 931.]

A. DUQUETTE ET AL., RESPONDENT, v. D. OUILMETTE
ET AL., APPELLANTS.

SUBSTANTIAL CONFLICT OF TESTIMONY SUFFICIENT TO SUSTAIN FINDINGS OF
THE COURT.

APPEAL from the District Court of the Second Judicial
District, Washoe County.

The facts sufficiently appear in the opinion.

*Boardman & Varian,* for Appellants.

*Thomas E. Hayden,* for Respondents.

By the Court, HAWLEY, C. J.:

Plaintiffs brought this action to recover a balance alleged
to be due upon a contract for cutting wood. The cause was
tried by the court without a jury. The findings of the
court are in favor of the plaintiffs upon all the issues raised
by the pleadings. Appellants claim that the evidence is in-
sufficient to justify the findings in certain specified par-
ticulars.

We have carefully examined the testimony, and find a
substantial conflict upon all material points. We are of
opinion that the testimony is sufficient to sustain the findings
of the court in every particular.

The judgment of the district court is affirmed.